**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT FRANKFORT**

**CRIMINAL CASE NO. 25-15-DLB-EBA**

**UNITED STATES OF AMERICA**                                                                      **PLAINTIFF**

**VS.**                                                         **ORDER**

**EDWARD J. LONG**                                                                         **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On June 4, 2026, Magistrate Judge Edward B. Atkins, pursuant to referral and with the consent of the parties, conducted a rearraignment proceeding in this case during which Defendant Edward J. Long pleaded guilty to the sole charge of the Indictment. (*See* Doc. # 22).  Pursuant to 28 U.S.C. § 636(b)(1), Judge Atkins recommends that the Defendant's guilty plea be accepted.  (*See* Doc. # 26).  Neither side has objected to that Recommendation, and the time to do so has expired.  Accordingly,

**IT IS ORDERED** that Magistrate Judge Atkins's Recommendation to Accept Guilty Plea (Doc. # 26) is hereby **ADOPTED.**  Defendant's Plea of Guilty to the sole charge of the Indictment is hereby **ACCEPTED.**

**IT IS FURTHER ORDERED** that matter is set for **Sentencing** on **Friday, October 9, 2026 at 9:30 a.m. in Frankfort**.

This 13th day of August, 2026.



Signed By:

David L. Bunning

Chief United States District Judge